Melissa A. Clark, Esq. SBN 247998
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Phone: (714) 617-8385
Fax: (714) 617-8511
Email: consumeradvocacy@higbeeassociates.com

*Attorneys for Plaintiff*
JOHN COUSINO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COUSINO, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATES RECOVERY SYSTEMS, INC., and DOES 1 through 10,<br><br>　　　Defendants. | Case No.: 5:14-cv-03996 RMW<br><br>**[] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-caption action is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED

Dated: _____

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Judge

- 1 -

[] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE